■ Lynn Greenberg, Respondent, v Herman Schildkrout, Defendant, and Herman Zuckerman, Appellant. [619 NYS2d 654] —Appeal by the defendant Herman Zuckerman from an order of the Supreme Court, Queens County (O'Donoghue, J.), dated May 10, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice O'Donoghue at the Supreme Court. Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.